UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                    Petitioners,<br><br>                      -v.-<br><br>RASHEL CONSTRUCTION CORP.,<br><br>                    Respondent. | 22 Civ. 9854 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

      On November 18, 2022, Petitioners filed a petition to confirm an arbitration award.  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment."  *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **December 7, 2022**.  Respondent's opposition, if any, is due on **December 23, 2022**.  Petitioners' reply, if any, is due **January 3, 2023**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **December 1, 2022**, and shall file an affidavit of such service with the Court no later than **December 5, 2022**.

SO ORDERED.

Dated:    November 21, 2022
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge