

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Adrianna R. Grancio**
Associate
agrancio@vandallp.com

December 2, 2022

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: **Trustees of the New York City District Council of Carpenters Pension Fund et al. v. Rashel Construction Corp., 22-CV-9854 (KPF)**

Dear Judge Polk Failla:

    This firm represents the Petitioners in the above-referenced matter. We write in connection with the Order dated November 21, 2022, directing Petitioners to move for summary judgment no later than December 7, 2022. *See* ECF Dkt. No. 8.

    Although Respondent has not formally appeared in the instant action, it has contacted Petitioners directly to resolve the matter without additional motion practice or court intervention. To allow the parties adequate time discuss settlement, Petitioners respectfully request a brief adjournment of time to file their motion for summary judgment through and including December 31, 2022. This is the Petitioners first such request for an extension.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Adrianna R. Grancio, Esq.



Cc: Rashel Construction Corp. (*via first class mail and e-mail*)
524 McDonald Avenue
Brooklyn, New York 11218
info@rccgeneral.com

```
Application GRANTED.  Petitioners shall file their motion for summary
judgment by January 3, 2023.  Respondents shall file their opposition by
January 24, 2023.  Petitioners shall file any reply brief by January 31,
2023.

The Clerk of Court is directed to terminate the pending motion at docket
entry 11.

Dated:     December 2, 2022              SO ORDERED.
           New York, New York


                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE
```