UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND;
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND; and CARPENTER CONTRACT
ALLIANCE OF METROPOLITAN NEW
YORK,

                       Petitioners,

-against-                                      22 **CIVIL** 9854 (KPF)

## JUDGMENT

RASHEL CONSTRUCTION CORP.,

                       Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 6, 2023, Petitioners' motion for summary judgment is GRANTED as follows: judgment is entered in favor of Petitioners in the amount of $43,469.31, consisting of: (i) the arbitration award of $40,763.17; (ii) $2,542 in attorneys' fees; and (iii) $164.14 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. In line with the Award, the Court also awards pre-judgment interest at the rate of 6.75 percent per annum from the date of the Award through entry of this judgment, in the amount of $2,103.21; accordingly, the case is closed.

**Dated:**  New York, New York

      June 7, 2023

                                                                      **RUBY J. KRAJICK**

                                                               _____
                                                                      **Clerk of Court**

                                        **BY:**                _K. Mango_

                                                               _____
                                                                     **Deputy Clerk**